No. 3. HERMAN C. PERRY ET AL. *v.* EDWARD C. KNOTTS, UNITED STATES DISTRICT ATTORNEY, ETC., ET AL.  Appeal from the District Court of the United States for the Southern District of Illinois.  October 1, 1923.  Dismissed, without costs to either party; per stipulation, on motion of *Mr. Solicitor General Beck* in that behalf.  *Mr. Nathan G. Moore, Mr. William P. Sidney* and *Mr. William D. Bangs* for appellants.

No. ——, Original. R. LEE MAKELY, TRADING AS MAKELY MOTOR COMPANY, *v.* VICTOR P. GAUTHEY ET AL.  October 1, 1923.  Motion for leave to file original action in assumpsit herein, dismissed, without prejudice, on motion of *Mr. Lloyd T. Everett* for plaintiff.

No. 8. JAMES C. DAVIS, DIRECTOR GENERAL, ETC. *v.* J. J. SMITH, JR., ADMINISTRATOR, ETC.  Error to the Supreme Court of the State of Mississippi.  October 1, 1923.  Dismissed with costs, on motion of counsel for plaintiff in error.  *Mr. H. O'B. Cooper* for plaintiff in error.  *Mr. Marion W. Reily* for defendant in error.

No. 13. LOS ANGELES GAS & ELECTRIC CORPORATION *v.* DEPARTMENT OF PUBLIC SERVICE OF THE CITY OF LOS ANGELES ET AL.  Error to the District Court of Appeal, First Appellate District, Division 1, of the State of California.  October 1, 1923.  Dismissed with costs, per stipulation.  *Mr. Paul Overton* and *Mr. Samuel Poorman, Jr.,* for plaintiff in error.  No appearance for defendants in error.

No. 302. MISSOURI PACIFIC RAILROAD COMPANY *v.* DOROTHY PUGH.  Error to the Supreme Court of the State

OCTOBER TERM, 1923.        725

263 U. S.   Cases Disposed of Without Consideration by the Court.

of Arkansas. October 1, 1923. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. E. B. Kinsworthy* and *Mr. Robert E. Wiley* for plaintiff in error. No appearance for defendant in error.

---

No. 302. MISSOURI PACIFIC RAILROAD COMPANY *v.* DOROTHY PUGH. Error to the Supreme Court of the State of Arkansas. October 1, 1923. Petition for a writ of certiorari herein dismissed, on motion of counsel for plaintiff in error and petitioner. *Mr. E. B. Kinsworthy* and *Mr. Robert E. Wiley* for plaintiff in error and petitioner. No appearance for defendant in error and respondent.

---

No. 406 AMERICAN RAILWAY EXPRESS COMPANY *v.* SANTA ANNA GAS COMPANY. On petition for a writ of certiorari to the Court of Civil Appeals for the Third Supreme Judicial District of the State of Texas. October 1, 1923. Petition dismissed, on motion of counsel for petitioner. *Mr. Frank L. Snodgrass* and *Mr. Prescott Gatley* for petitioner. No appearance for respondent.

---

No. 191. JOHN A. GROGAN, COLLECTOR OF INTERNAL REVENUE, ETC. *v.* BRYANT, WALKER, EXECUTOR, ETC. Error to the District Court of the United States for the Eastern District of Michigan. October 5, 1923. Dismissed with costs, on motion of *Mr. Solicitor General Beck* for plaintiff in error. *Mr. H. E. Spalding* for defendant in error.

---

No. 430. JOHN A. DAVIS ET AL. *v.* G. G. WARDE ET AL. Error to the Supreme Court of the State of Georgia. October 5, 1923. Dismissed with costs, per stipulation. *Mr. John D. Little, Mr. Arthur G. Powell, Mr. Marion*